**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Cr. No. 2:26-CR-20085-TLP** |
| | ) | |
| **TAIYA HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS INDICTMENT**

---

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney and J. William Crow, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment in case 2:26-CR-20085-TLP against Taiya Hill without prejudice.

Respectfully Submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

*/s/ J. William Crow*
J. William Crow
Assistant United States Attorney
167 N. Main St. Ste. 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

## CERTIFICATE OF SERVICE

I, J. William Crow, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through her attorney, John Houser Parker, II.

This 30th day of March 2026.

*/s/ J. William Crow*
J. William Crow
Assistant United States Attorney